UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff<br>v.<br><br>MELVIN T. SHARPE,<br><br>                         Defendant | Civil Action No. 2:15-cv-05369-JS |

**CERTIFICATE OF SERVICE**

This is to certify that, in this case, completed copies of all papers contained in the attached Motion for Summary Judgment were served upon Defendant by sending a true and correct copy by United States Mail, postage prepaid, on Sept. 26, 2016 addressed as follows:

Melvin T. Sharpe
P.O. Box 50149
Philadelphia, PA 19132

and

5924 North 13th Street
Philadelphia, PA 19141

                                      Respectfully submitted,

                                      KML Law Group, P.C.

                      By:   /s/ Thomas I. Puleo
                                      Thomas I. Puleo, Esquire
                                      Pennsylvania Attorney I.D. No. 27615
                                      Suite 5000 – Mellon Independence Center
                                      701 Market Street
                                      Philadelphia, PA  19106-1532
                                      (215) 825-6309 (Direct)
                                      FAX (215) 825-6409
                                      email: tpuleo@kmllawgroup.com