IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-5369 |
| | : | |
| MELVIN T. SHARPE | : | |

### ORDER

AND NOW, this 31st day of October, 2016, Plaintiff the United States of America having filed a Motion for Summary Judgment in this case, to which Defendant Melvin T. Sharpe has not responded to date, it is ORDERED Mr. Sharpe shall have until November 14, 2016, to submit a written response to Plaintiff's Motion.  Mr. Sharpe is advised that in opposing the Motion, he must submit to this Court all materials he wishes the Court to consider in deciding the Motion.  Mr. Sharpe is further advised that in ruling on Plaintiff's Motion, the Court will accept as true all factual assertions in Plaintiff's affidavits or other documentary evidence unless Mr. Sharpe submits his own affidavits or other documentary evidence contradicting the assertions.

It is further ORDERED the Clerk of Court shall mail a copy of this Order to Mr. Sharpe at the address listed for him on the docket and also at the following address:

> 5924 N. 13th Street
> Philadelphia, PA 19141

The Clerk of Court shall also mail copies of the following Orders to Mr. Sharpe at the 5924 N. 13th Street address:  (1) this Court's June 27, 2016, Order granting Plaintiff's Motion to Dismiss Defendant's Counterclaim (Document 8); (2) the Notice of Arbitration Hearing dated July 18, 2016 (Document 9); and (3) the October 13, 2016, Order Referring Case to Arbitration and

Appointing Arbitrators (Document 16).[1]  Mr. Sharpe is reminded of his obligation under Local Rule of Civil Procedure 5.1(b) to notify the Clerk of Court within 14 days of any change of address.

It is further ORDERED the arbitration hearing currently scheduled for November 15, 2016, is CONTINUED to a date to be set by the Court after the November 14, 2016, deadline for Mr. Sharpe to oppose Plaintiff's Motion for Summary Judgment.

BY THE COURT:

\_\_\_/s/ Juan R. Sánchez_____
Juan R. Sánchez, J.

---

[1] Although the Clerk of Court has mailed each of these Orders to Mr. Sharpe at the address listed for him on the docket in this case, a Post Office Box, the June 27, 2016, Order and the July 18, 2016, Notice of Arbitration Hearing were returned by the United States Postal Service bearing the notation "RETURN TO SENDER[;] NOT DELIVERABLE AS ADDRESSED[;] UNABLE TO FORWARD."  The Clerk of Court is therefore directed to mail these Orders to Mr. Sharpe at the 5924 N. 13th Street address, where Mr. Sharpe apparently receives mail, but does not reside. *See* Def.'s Am. Answer, New Matter, Counterclaim to Compl. ¶ 2.