IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-5369 |
| | : | |
| MELVIN T. SHARPE | : | |

## **ORDER**

AND NOW, this 5th day of December, 2016, it is ORDERED an oral argument on Plaintiff's Motion for Summary Judgment (Document 11) will be held in the above-captioned matter on December 21, 2016, at 9:00 a.m. in Courtroom 11A. Plaintiff's counsel and Defendant are directed to appear in person at the oral argument.

It is further ORDERED the Clerk of Court shall mail a copy of this Order to Mr. Sharpe at the address listed for him on the docket and also at the following address:

> 5924 N. 13th Street
> Philadelphia, PA 19141

BY THE COURT:


\_\_\_/s/ Juan R. Sánchez_____
Juan R. Sánchez, J.