IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-5369 |
| | : | |
| MELVIN T. SHARPE | : | |

## **ORDER**

AND NOW, this 21st day of December, 2016, following an oral argument on Plaintiff's Motion for Summary Judgment, at which the parties expressed interest in pursuing settlement discussions, it is ORDERED the parties shall have until January 11, 2017, to submit a joint status report advising the Court whether this case has been settled. The Court will hold the Motion for Summary Judgment in abeyance pending submission of the joint status report.

It is further ORDERED the Clerk of Court shall mail a copy of this Order to Mr. Sharpe at the following address:

> 5924 N. 13th Street
> Philadelphia, PA 19141

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, J.