# KML LAW GROUP, P.C.

| | ATTORNEYS AT LAW | |
|---|---|---|
| MICHAEL T. MCKEEVER* | | JILL P. JENKINS* |
| LISA A. LEE* | | JOSHUA I. GOLDMAN* |
| KRISTINA G. MURTHA* | | ALYK L. OFLAZIAN* |
| THOMAS I. PULEO | SUITE 5000 | COLLEEN M. HIRST* |
| DAVID B. FEIN* | BNY MELLON INDEPENDENCE CENTER | PAUL W. LUONGO* |
| BRIAN C. NICHOLAS* | 701 MARKET STREET | CAITLIN M. DONNELLY* |
| JAIME R. ACKERMAN* | PHILADELPHIA, PENNSYLVANIA 19106-1532 | VICTORIA W. CHEN* |
| LAUREN BERSCHLER KARL* | (215) 627-1322 | JOHN GORYL |
| *PA & NJ BAR | (866) 413-2311 | MATTHEW K. FISSEL* |
| | FAX (215) 627-7734 | MICHAEL J. CLARK* |
| | | NICHOLAS J. ZABALA* |
| | WWW.KMLLAWGROUP.COM | REBECCA A. SOLARZ* |
| | | NORA C. VIGGIANO* |
| | | MATTHEW J. MCCLELLAND |
| | | DENISE CARLON |
| | | CHRISTOPHER FORD |

January 11, 2017

Honorable Juan R. Sanchez
United States District Judge for the Eastern District of Pennsylvania
Room 11614
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE:   UNITED STATES OF AMERICA v. MELVIN T. SHARPE
      Civil Action No. 15-05369

Dear Judge Sanchez:

In accordance with the Court Order dated December 21, 2016, following argument on Plaintiff's Motion for Summary Judgment, and with the concurrence of Defendant, Melvin Sharpe, I am submitting this status report.

On December 22, 2016, my office sent Mr. Sharpe an "Account Resolution Proposal" form to be completed and returned to my office for review by the U.S. Department of Education. Per my conversations with Mr. Sharpe today, he advises me that he completed the proposal and placed it in the mail on January 5, 2017. However, I have not received any mail or the proposal from Mr. Sharpe as of this date. Mr. Sharpe tells me that he will complete and mail another proposal form to my office as soon as possible, but is unlikely to have it done today.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

Thomas I. Puleo
(215) 825-6309
tpuleo@kmllawgroup.com

TIP/dm
cc:   Melvin T. Sharpe