IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-5369 |
| | : | |
| MELVIN T. SHARPE | : | |

## **ORDER**

AND NOW, this 18th day of January, 2017, the Court having been advised the parties'

settlement negotiations in the above-captioned case remain ongoing, it is ORDERED the parties

shall submit a second joint status report on or before February 17, 2017, advising the Court

whether the case has been settled.  The Court will hold Plaintiff's Motion for Summary

Judgment in abeyance pending submission of the second joint status report.

It is further ORDERED the Clerk of Court shall mail a copy of this Order to Mr. Sharpe

at 5924 N. 13th Street, Philadelphia, PA 19141, and shall update the address listed for Mr.

Sharpe on the docket in this case to reflect the N. 13th Street address.

BY THE COURT:

        /s/ Juan R. Sánchez
Juan R. Sánchez, J.