# KML LAW GROUP, P.C.

| | | |
|---|---|---|
| MICHAEL T. MCKEEVER* | ATTORNEYS AT LAW | JILL P. JENKINS* |
| LISA A. LEE* | | JOSHUA I. GOLDMAN* |
| KRISTINA G. MURTHA* | | ALYK L. OFLAZIAN* |
| THOMAS I. PULEO | SUITE 5000 | COLLEEN M. HIRST* |
| DAVID B. FEIN* | BNY MELLON INDEPENDENCE CENTER | PAUL W. LUONGO* |
| BRIAN C. NICHOLAS* | 701 MARKET STREET | CAITLIN M. DONNELLY* |
| JAIME R. ACKERMAN* | PHILADELPHIA, PENNSYLVANIA 19106-1532 | VICTORIA W. CHEN* |
| LAUREN BERSCHLER KARL* | (215) 627-1322 | JOHN GORYL |
| *PA & NJ BAR | (866) 413-2311 | MATTHEW K. FISSEL* |
| | FAX (215) 627-7734 | MICHAEL J. CLARK* |
| | | NICHOLAS J. ZABALA* |
| | WWW.KMLLAWGROUP.COM | REBECCA A. SOLARZ* |
| | | NORA C. VIGGIANO* |
| | | MATTHEW J. MCCLELLAND |
| | | DENISE CARLON |
| | | CHRISTOPHER FORD |

February 17, 2017

Honorable Juan R. Sanchez
United States District Judge for the Eastern District of Pennsylvania
Room 11614
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE:  UNITED STATES OF AMERICA v. MELVIN T. SHARPE
     Civil Action No. 15-05369

Dear Judge Sanchez:

In accordance with the Court Order dated January 18, 2017 requiring that the parties submit a Joint Status Report, on behalf of the plaintiff, the United States Department of Education, and with the concurrence of Defendant, Melvin Sharpe, I am submitting this status report.

Plaintiff and Defendant have reached an agreement. Plaintiff will be filing a Consent Judgment for the Court's review.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

Thomas I. Puleo
(215) 825-6309
tpuleo@kmllawgroup.com

TIP/dm
cc:   Melvin T. Sharpe