IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-5369 |
| | : | |
| MELVIN T. SHARPE | : | |

**ORDER**

AND NOW, this 28th day of February, 2017, Plaintiff having advised the Court by letter dated February 17, 2017, that the parties have reached an agreement to resolve this matter and that Plaintiff will be filing a Consent Judgment with the Court, it is ORDERED Plaintiff's Motion for Summary Judgment (Document 11) is DENIED without prejudice to reassertion in the event the settlement is not consummated.

BY THE COURT:

    /s/ Juan R. Sánchez    
Juan R. Sánchez, J.