## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                Plaintiff            |      CIVIL NO. 15-05369

     vs.

MELVIN T. SHARPE

              Defendant

## CONSENT JUDGMENT

AND NOW, this _____4th_____ day of _____April_____, 2017, after

consideration of the Stipulation to Enter Consent Judgment as agreed to by the parties it is hereby

ORDERED, ADJUDGED and DECREED

that Judgment is entered in favor of the United States of America and Against MELVIN T.

SHARPE, as follows:

| | | |
|---|---|---|
| Principal | - | $33,208.03 |
| Interest at the rate of 7% | - | $30,735.62 |
| Administrative Costs | - | $ 350.00 |
| Total Due as of 2/27/2017 | | $64,293.65 |

with interest thereafter at the legal rate.

BY THE COURT:

_____
United States District Court Judge

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                Plaintiff

     vs.

MELVIN T. SHARPE

                Defendant

CIVIL NO. 15-05369

### STIPULATION TO ENTER CONSENT JUDGMENT

**WHEREAS,** the above captioned Complaint was file on September 25, 2015;

**AND WHEREAS,** the Defendant, MELVIN T. SHARPE, received formal service of process in this action, acknowledges receipt of a copy of the complaint and wishing to resolve this matter, consents and agrees to the Entry of Consent Judgment;

**WHEREAS,** there exists no material issue of act or law to be decided by the court;

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties that;

A judgment be entered in favor of the United States of America and against Melvin T. Sharpe, as follows:

| | | |
|---|---|---|
| Principal | - | $33,208.03 |
| Interest at the rate of 7% | - | $30,735.62 |
| Administrative Costs | - | $   350.00 |
| Total Due as of 2/27/2017 | | $64,293.65 |

Interest continues to accrue on the principal at the prejudgment rate of 7% to the date of judgment, with interest thereafter at the legal rate.

Total amount shall be payable to **U.S. Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363**, by monthly installments of $250.00 for 300

months with the remaining amount paid in one lump sum and subject to re-evaluation based on complete and accurate Financial information that the defendant MELVIN T. SHARPE herewith agrees to supply every twelve (12) months.


Date: _March 24, 2017_

_____
MELVIN T. SHARPE
Defendant


Date: _3/28/17_

_____
Thomas Puleo, Esquire
KML Law Group, P.C.
Attorney for Plaintiff